AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAWN CORRIGAN, CAITLIN CORRIGAN, and AMBER CORRIGAN <br> *Plaintiff(s)* <br> v. <br> TOWN OF BROOKHAVEN, THERESA TREJO, ED ROMAINE, and NEIL FOLEY <br> *Defendant(s)* | Civil Action No. 22-cv-04688-GRB-ARL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   TOWN OF BROOKHAVEN
Brookhaven Town Hall
1 Independence Hill
Farmingville, New York 11738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron C. DePass, Esq.
Law Office of Aaron C. DePass
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Ph. (718) 775-5264

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 8/15/2022                                                  *Jazmin Cubano*
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAWN CORRIGAN, CAITLIN CORRIGAN, and AMBER CORRIGAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> TOWN OF BROOKHAVEN, THERESA TREJO, ED ROMAINE, and NEIL FOLEY <br><br> *Defendant(s)* | Civil Action No. 22-cv-04688-GRB-ARL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THERESA TREJO
Brookhaven Town Hall
1 Independence Hill
Farmingville, New York 11738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron C. DePass, Esq.
Law Office of Aaron C. DePass
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Ph. (718) 775-5264

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 8/15/2022                                       *Jazmin Cubano*
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAWN CORRIGAN, CAITLIN CORRIGAN, and AMBER CORRIGAN <br><br> *Plaintiff(s)* <br> v. <br><br> TOWN OF BROOKHAVEN, THERESA TREJO, ED ROMAINE, and NEIL FOLEY <br><br> *Defendant(s)* | Civil Action No. 22-cv-04688-GRB-ARL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ED ROMAINE
Brookhaven Town Hall
1 Independence Hill
Farmingville, New York 11738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron C. DePass, Esq.
Law Office of Aaron C. DePass
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Ph. (718) 775-5264

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
CLERK OF COURT

Date: 8/15/2022                                               *Jazmin Cubano*
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAWN CORRIGAN, CAITLIN CORRIGAN, and AMBER CORRIGAN <br><br> *Plaintiff(s)* <br> v. <br><br> TOWN OF BROOKHAVEN, THERESA TREJO, ED ROMAINE, and NEIL FOLEY <br><br> *Defendant(s)* | Civil Action No. 22-cv-04688-GRB-ARL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NEIL FOLEY
Brookhaven Town Hall
1 Independence Hill
Farmingville, New York 11738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron C. DePass, Esq.
Law Office of Aaron C. DePass
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Ph. (718) 775-5264

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
CLERK OF COURT

Date: 8/15/2022                          *Jazmin Cubano*
                                         *Signature of Clerk or Deputy Clerk*