UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN CORRIGAN, CAITLIN CORRIGAN, and AMBER CORRIGAN,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br><br>TOWN OF BROOKHAVEN, THERESA TREJO, ED ROMAINE, and NEIL FOLEY,<br><br>　　　　　　　　　　　Defendants. | Docket No. 22-cv-04688 (GRB)(ARL)<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Alexander E. Sendrowitz of Quatela Chimeri, PLLC, hereby appears in the above captioned action as attorney for Defendants Town of Brookhaven, Theresa Trejo, Ed Romaine and Neil Foley.

Dated: Hauppauge, New York
　　　　September 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　QUATELA | CHIMERI, PLLC

　　　　　　　　　　　　　　　　　　　　　　　　*Alexander Sendrowitz*
　　　　　　　　　　　　　　　　　　　　　　　　By:　Alexander E. Sendrowitz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　888 Veterans Memorial Highway, Ste. 530
　　　　　　　　　　　　　　　　　　　　　　　　Hauppauge, New York 11788
　　　　　　　　　　　　　　　　　　　　　　　　(631) 652-6122
　　　　　　　　　　　　　　　　　　　　　　　　(631) 482-9707
　　　　　　　　　　　　　　　　　　　　　　　　aes@qclaw.com