**QUATELA | CHIMERI PLLC**

Alexander E. Sendrowitz, Esq.
*Partner*
Direct Dial 631.652.6122
aes@qclaw.com

February 8, 2023

**VIA ECF:**
Hon. Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      RE:   **Dawn Corrigan, et al. v. Town of Brookhaven, et al.
               Docket No. 22-cv-04688 (GRB)(ARL)**

Dear Judge Brown:

      This firm represents Defendants Town of Brookhaven, Theresa Trejo, Ed Romaine and Neil Foley (collectively, the "Defendants"). Plaintiffs Dawn Corrigan, Caitlin Corrigan and Amber Corrigan are represented by Aaron C. DePass, Esq.

      I write, with the consent of Mr. DePass, to respectfully request the February 24, 2023 2:00 pm pre-motion conference be adjourned to any day of the week of February 27, 2023, or a date thereafter convenient for the Court.

      The reason for the adjournment request is that on February 24, 2023, I will be out of the state on vacation.

      I thank the Court for its attention to this matter.

                                                      Respectfully submitted,

                                                 *Alexander Sendrowitz*
                                                 ALEXANDER E. SENDROWITZ

Cc:   All Counsel, *via ECF*

---

Attorneys and Counsellors at Law

888 Veterans Memorial Highway, Suite 530 • Hauppauge, New York 11788
t. 631.482.9700 | f. 631.482.9707

320 Old Country Road, Suite 206 • Garden City, New York 11530
t. 516.444.4200 | f. 516.4444201

