| | |
|---|---|
| UNITED STATES DISTRICT COURT | **Courtroom 940** |
| EASTERN DISTRICT OF NEW YORK | DATE: 3/1/2023    TIME: |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | |

CASE: Civil Cause for Telephone Pre-Motion Conference
**22cv04688**
**CORRIGAN ET AL V. TOWN OF BROOKHAVEN ET AL**

**22cv04690**
**BONNER ET AL V. TOWN OF BROOKHAVEN ET AL**

APPEARANCES:   Plaintiff:  Aaron DePass

Defendant:  Alexander Sendrowitz

FTR:  AT&T 2:03-2:45

**Motion for:**   to dimsiss
**Movant:**      defendant

Case called.

☒   Counsel for all sides present.

☒   Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.
☐ Motion Schedule set.   Motion served by:
Response served by:
Reply and all papers filed by:

☐   Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒   Motion argued.

☐   The Court deems the motion made.

☒   Other: <u>Rulings placed on the record.  Motion will be briefed by parties on the issues discussed on the record. Written decision to follow after motion papers are received.</u>

☐   The parties are to submit order on notice to all parties.

☐   Settlement discussed. Choose an item.

☐   Jury Selection and trial set for:
Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*