**QUATELA | CHIMERI** PLLC

Alexander E. Sendrowitz, Esq.
*Partner*
Direct Dial 631.652.6122
aes@qclaw.com

March 23, 2023

<u>VIA EMAIL: attydepass@gmail.com</u>
The DePass Law Office
Aaron C. DePass, Esq.
10440 No. Central Expressway, Suite 800
Dallas, Texas 75231

      RE:   <u>Corrigan, et al. v. Town of Brookhaven et al.</u>
              **Docket No. 22-cv-04688 (GRB)(ARL)**

Dear Mr. DePass:

    Pursuant to the Rule II(a) of the Court's Individual Rules and Practices, attached hereto please find the following in connection with the above-referenced matter:

- Notice of Motion
- Declaration and Exhibits
- Memorandum of Law in Support of Motion

    Thank you for your attention to this matter.

                         Very truly yours,

                         *Alexander Sendrowitz*
                         ALEXANDER E. SENDROWITZ

Attorneys and Counsellors at Law

888 Veterans Memorial Highway, Suite 530 • Hauppauge, New York 11788
t. 631.482.9700 | f. 631.482.9707

320 Old Country Road, Suite 206 • Garden City, New York 11530
t. 516.444.4200 | f. 516.4444201

