# The Law Office of Aaron C. DePass

================================================================================

Aaron C. DePass, Attorney at Law
300 CADMAN PLAZA WEST, 12TH FLOOR
BROOKLYN, NEW YORK 11201

----------------------------------------------------

TEL: (718) 775-5264
FAX: (469) 202-4587
Email: attydepass@gmail.com

**November 2, 2023**

*Via Electronic Case Filing*
Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

     Re:    **Corrigan, et al v. Town Of Brookhaven et al**
              **E.D.N.Y.  Civil Action No. 2:22-cv-4688 (GRB)(ARL)**
              **Joint status letter**

Dear Judge Lindsay,

     Pursuant to the Court's October 25, 2023 order, the parties submit this joint status letter prepared by counsel for the plaintiffs regarding a proposed schedule to complete remaining discovery in the above-referenced matter.

     The defendants have provided the plaintiffs with their initial disclosures pursuant to Fed. R. Civ. P. 26, and served demands for documents, interrogatories, and request for admission on October 27, 2023, thus the parties propose to complete the remaining discovery in this matter as follows:

1. On or before November 17, 2023, plaintiffs to provide Rule 26 initial disclosures.
2. On or before December 29, 2023, plaintiffs to serve interrogatories and document demands.
3. On or before January 31, 2024, parties to respond to interrogatories and document demands.
4. On or before May 3, 2024, parties to complete all fact depositions.
5. On or before May 13, 2024, identification of case in chief experts.
6. On or before June 24, 2024, identification of rebuttal experts.

     With an end date for discovery to be determined by the Court.

                                              Respectfully submitted,
                                              /s/ *Aaron C. DePass*
                                              Aaron C. DePass, Esq.

Cc: All parties via ECF